JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GRAHAM PLUMBING & DRAIN CLEANING, INC. | ED CV 19-1130 PA (SPx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| COLONY INSURANCE COMPANY, | |
| Defendant. | |

In accordance with the Court's October 17, 2019 minute order granting the Motion for Judgment on the Pleadings filed by defendant Colony Insurance Company ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment be entered in favor of Defendant and on the claims asserted by plaintiff Graham Plumbing & Drain Cleaning, Inc. ("Plaintiff").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED: October 17, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE